IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 08-111-GMS |
| | : | |
| THOMAS PENDLETON, | : | |
| | : | |
| Defendant. | | |

## ORDER

Having considered Defendant Pendleton's Motion to Extend Time to File Pre-trial Motions,

**IT IS HEREBY ORDERED** this _25th_ day of _August_, 2008, that pre-trial

motions in this matter shall be due on the _4th_ day of _September_ ,2008 , and

that the time from August 14, 2008, up to the new due date for pre-trial motions to be filed shall be

excluded under the Speedy Trial Act (18 U.S.C. § 3161, et seq.).

Honorable Gregory M. Sleet
Chief Judge, United States District Court



FILED

AUG 2 5 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE